**Order entered May 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-01032-CR

**EVER RICARDO MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-84380-2019**

## ORDER

Before the Court is appellant's May 3, 2022 second motion for an extension

of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due

by June 6, 2022.


/s/     LANA MYERS
        JUSTICE